**FILED**
JUN 25 2015
JUN 25 2015
**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **15 CR 389** |
| | ) | |
| v. | ) | Violation: Title 26, United States Code, Section 7203 |
| | ) | |
| MELVIN REYNOLDS | ) | |

**JUDGE DARRAH**

**MAGISTRATE JUDGE VALDEZ**

### COUNT ONE

The SPECIAL JANUARY 2015 GRAND JURY charges:

On or about April 15, 2010, in the Northern District of Illinois, Eastern Division, and elsewhere,

MELVIN REYNOLDS,

defendant herein, a resident of the Northern District of Illinois, having received gross income in excess of the amount required to file an income tax return, and thereby being required by law to file an income tax return (Form 1040 and accompanying attachments) following the close of the calendar year 2009 and on or before April 15, 2010, stating specifically the items of his gross income and any deductions and credits to which he was entitled, willfully failed to make and file an income tax return at the time required by law;

In violation of Title 26, United States Code, Section 7203.

## COUNT TWO

The SPECIAL JANUARY 2015 GRAND JURY further charges:

On or about April 15, 2011, in the Northern District of Illinois, Eastern Division, and elsewhere,

MELVIN REYNOLDS,

defendant herein, a resident of the Northern District of Illinois, having received gross income in excess of the amount required to file an income tax return, and thereby being required by law to file an income tax return (Form 1040 and accompanying attachments) following the close of the calendar year 2010 and on or before April 15, 2011, stating specifically the items of his gross income and any deductions and credits to which he was entitled, willfully failed to make and file an income tax return at the time required by law;

In violation of Title 26, United States Code, Section 7203.

## COUNT THREE

The SPECIAL JANUARY 2015 GRAND JURY further charges:

On or about April 16, 2012, in the Northern District of Illinois, Eastern Division, and elsewhere,

MELVIN REYNOLDS,

defendant herein, a resident of the Northern District of Illinois, having received gross income in excess of the amount required to file an income tax return, and thereby being required by law to file an income tax return (Form 1040 and accompanying attachments) following the close of the calendar year 2011 and on or before April 16, 2012, stating specifically the items of his gross income and any deductions and credits to which he was entitled, willfully failed to make and file an income tax return at the time required by law;

In violation of Title 26, United States Code, Section 7203.

## COUNT FOUR

The SPECIAL JANUARY 2015 GRAND JURY further charges:

On or about April 15, 2013, in the Northern District of Illinois, Eastern Division, and elsewhere,

MELVIN REYNOLDS,

defendant herein, a resident of the Northern District of Illinois, having received gross income in excess of the amount required to file an income tax return, and thereby being required by law to file an income tax return (Form 1040 and accompanying attachments) following the close of the calendar year 2012 and on or before April 15, 2013, stating specifically the items of his gross income and any deductions and credits to which he was entitled, willfully failed to make and file an income tax return at the time required by law;

In violation of Title 26, United States Code, Section 7203.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY