15

# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
Plaintiff,

v.

Defendant.

Case Number **1:15- 389 —1**

_Melvin Reynolds_  Judge **Valdez**

## ORDER
## APPOINTING COUNSEL UNDER CJA

**Person Represented:** _Melvin Reynolds_   Under SEAL   YES or **NO**

**Defendant number:** _01_

**Payment Category:**   APPEAL   FELONY   **(MISDEMEANOR)**   PETTY OFFENSE   OTHER

**Type of Person Represented:**   **(ADULT)**   JUVENILE   OTHER

**Representation Type:**   BP   CC   CF   CH   DRI   EW   EX   HC   JU   MA
                          MC   ML   NT   OT   PA   PR   PT   SR   WI   WW

**Attorney Name:** _____

**Court Order:**
**(APPOINTING COUNSEL)**            SUBS FOR FEDERAL DEFENDER
CO-COUNSEL                           SUBS FOR PANEL ATTORNEY
STANDBY COUNSEL                      SUBS FOR RETAINED ATTORNEY

**Prior Attorney's name:** _DNA_

**Signature of Presiding Judge or by Order of the Court** _Maria Valdez_

**Date of Order:** _JUL 3 0 2015_           **Nunc Pro Tunc Date:** _____ or NONE

---

## ORDER
## APPOINTING INTERPRETER UNDER CJA

**Interpreter needed**   YES                                        Under SEAL   YES or NO

Prior authorization shall be obtained for services in excess of $800.
**Expected to exceed**   YES   NO        **Prior Authorization Approved**   YES   NO

Signature of Presiding Judge or by Order of the Court _____

Date of Order: _____           Nunc Pro Tunc Date: _____ or NONE