## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | Case No: 15 CR 389 - 1 |
| | ) | |
| v. | ) | Judge: John W. Darrah |
| | ) | |
| Melvin Reynolds | ) | |
| | ) | |

### ORDER

Status hearing held and continued to 4/20/16 at 9:30 a.m. Defendant present in open Court and appears in response to his arrest. Jury trial set for 5/2/16 is re-set to 6/20/16 at 9:00 a.m. For the reasons stated on the record and in the interests of justice time is ordered excluded to 6/20/16 pursuant to 18 U.S.C. Section 3161(h)(7)(A)(B). (x-t).

(T:) 00:15

Date:  4/14/16                                                                /s/ Judge John W. Darrah