United States District Court
Northern District of Illinois
Eastern Division

FILED
MAY 16 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States of America )
                          )
vs.                       )   NO. 15 CR 389
                          )
                          )   Honorable John W. Darrah
Melvin Reynolds           )
                          )

## Pro-Se Motion to Strike Previous Motion

Pro-Se Defendant, Melvin Reynolds, moves this Honorable Court to strike previous motion—Motion to Plead Guilty. I am not pleading guilty to the charge of Failure to File TAX under US code §7203, because I am not guilty of this charge. Defendant is sorry for any confusion caused by the filing of this motion to Plead.

The hearing on this motion and my Motion for reconsideration of my Incarceration location is set for May 19, 2016. It is still my intent to argue this motion because it is not possible to prepare for trial at my current location. It is also not possible to respond to governments motion Pro-se.

As Your Honor knows I am asking to be placed

in the Halfway House in Chicago at Ashland and Monroe. This would give me a chance at a fair trial.

Respectfully Submitted
Melvin Reynolds
Pro-Se
May 11, 2016

Motion 2.